IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| ESTATE OF ROSE MARIE REASONOVER  SCHAWNA TANNER, Executrix, Plaintiff | NO: 1:17-CV-00038-CLC-CHS  District Judge Curtis L. Collier  Magistrate Judge Christopher H. Steger |
| Vs.  MINNESOTA LIFE INSURANCE COMPANY, SECURIAN FINANCIAL NETWORK, INC. AND REGIONS BANK  Defendants | JURY DEMANDED |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes Plaintiff and Defendants, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of the above-named and captioned action in its entirety, with prejudice, with all parties to bear their own attorneys' fees and costs.

Respectfully submitted,

**TIDWELL, IZELL & RICHARDSON**

<u>/s/ W. Gerald Tidwell, Jr.</u>
**W. GERALD TIDWELL, JR., BPR #10306**
**W. ADAM IZELL, BPR#28438**
**TODD A. DAVIS, BPR#032061**
736 Market Street, Suite 1550
Chattanooga, TN 37402
Phone: (423)602-7511
Fax: (423)602-7515
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, W. Gerald Tidwell, Jr., do hereby certify that on this 17th day of May, 2017, a true and correct copy of the foregoing was served by placing same in US Mail, with postage prepaid, in amount sufficient to carry it to the addressees as follows:

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
**Chad E. Wallace, BPR #021741**
100 Med Tech Parkway, Suite 200
P. O. Box 3038
Johnson City, TN 37602

and

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
**Jamie Ballinger-Holden, BPR #017390**
265 Brookview Centre Way, Suite 600
Knoxville, TN 37919
*Attorneys for Defendants, Minnesota Life Insurance Company,*
*Securian Financial Network, Inc., and Regions Bank*

/ W. Gerald Tidwell, Jr.
**TIDWELL, IZELL & RICHARDSON**